Clerk Of
Court Of Appeals
Seventh District of Texas
P.O.Box 9540
Amarillo, Tx. 79105-9540


FILED
MAR 06 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

March 3rd, 2015

RE: Case No. 07-15-00076-CV   Trial Court Cause No. 99,017-00-E

Style: Harvey Bramlett Jr. & Jason Blakeney vs TDCJ, ET AL


Dear Mrs. Long,  As my unit mailroom legal correspondence log will verify- "I" received your February 27th, 2015 letter on March 3rd, 2015. WHY it took so long for me to receive this correspondence I am unaware- but I can only imagine "WHEN" Appellant Bramlett received his copy of the same all the way in Beaumont, Texas.

Nonetheless- and/or with regard to your threat to deny the Appellants due process via dismissing our appeal per the procedural dragon Chp. 14 Civ. Prac. Rem. Code;- AS the record in this case will reflect- the Appellants have already filed their Affidavit of Previous Filings as well as Certified Copies of their Inmate Trust Fund with the trial court in accordance with Chp. 14 Civ. Prac. Rem. Code. What's more the Clerk of the Court Of Appeals herself is already in possession of a copy of these pleadings per the trial court Clerk's record filed July 12th, 2011 in Case No. 07-11-0139-CV, trial court cause no. (SAME)- 99,017-00-E- in the event that the Clerk wishes to rereview them prior to the record being formally filed in this case.

Furthermore- concerning the Clerk's inquiry to the Appellants with regard to an accelerated appeal;- AS the Appellants Docketing Statement advises- the Appellants do not seek an accelerated appeal. The Appellants have however Requested the filing of the trial court's Findings of Fact and Conclusion of Law.

In conclusion of this missive the Appellants would request that the Court Of Appeals immediately issue an order ORDERING the trial court judge to provide the Appellants with a copy of its JUDGMENT in Cause No. 99,017-00-E so that an appeal may be timely filed as the trial court clerk has failed to provide a copy of this instrument to the Appellants in accordance with the Tx. R. Civ. Pro. and due process requirements.

Sincerely Submitted,


APPELLANTS:    Harvey Bramlett M Jr. #416448
               Stiles Unit
               3060 FM 3514
               Beaumont, Tx. 77705

               -AND-

               Jason Blakeney #1093381
               Bill Clements Unit
               9601 Spur 591
               Amarillo, Tx. 79107



Jason Blakeney #1093381
Bill Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

AMARILLO TX 791

04 MAR 2015 PM 2 T

Clerk Of
Court Of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo, Tx. 79105-9540

79105SE40